PHILIP GALARNEAU, an Infant, by FRED GALARNEAU, His Guardian ad Litem, Respondent, *v.* SUN OIL COMPANY, Appellant, Impleaded with Others, Defendants.

(Argued March 3, 1933; decided April 11, 1933.)

*John J. Scully* for appellant.

*Walter A. Fullerton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.